**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**LOYDALE KIRVEN and
IGNACIO KIRVEN,**

      Plaintiffs,

v.                                                                                         No. CV 16-1110 JCH/LAM

**HONORABLE JAN GARRET, et al.,**

      Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint (*Doc. 1*) on October 6, 2016.  The Court determines that Plaintiff's filing is deficient as described in this order.   Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I.  Filing Fee:**

    X     filing fee has not been received ($400 civil/administrative)

**II.  Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)    X    is not filed
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    ___    is not on proper form (must use current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)    ___    other _____

**III.  Complaint, Petition or Application:**

(1)    ___    is missing
(2)    X    is not on proper form (must use our form Rev. 5/96)
(3)    ___    is missing an original signature by the prisoner
(4)    ___    is missing page nos. ___
(5)    ___    other _____

Papers filed in response to this order must include the civil action number (CIV 16-1110 JCH/LAM) of this case. Failure to cure the designated deficiencies **within thirty (30) days from the date of this order** may result in **dismissal** of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: **2 copies each of an Application to Proceed in District Court Without Prepaying Fees or Costs, Financial Certificate, and a form § 1983 complaint with instructions.

**IT IS FURTHER ORDERED** that, **if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.**

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**